IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JANDY,

      Plaintiff,                                CIV-S-09-0909 LKK GGH PS

      vs.

SECOND DISTRICT COURT OF THE STATE OF NEVADA IN WASHOE COUNTY, et al.,

      Defendant.                                ORDER

_____/

        On September 1, 2009, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days.  No objections were filed.

        Accordingly, the court presumes any findings of fact are correct.  See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

\\\\\

1

1  Accordingly, IT IS ORDERED that:

2  1. The Findings and Recommendations filed September 1, 2009, are ADOPTED; and

4  2. This action is dismissed without prejudice.

DATED: November 12, 2009.

```
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```